UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARADISE MORGAN, individually and as the representative of a class of similarly situated persons,

            Plaintiff,

-v-

BOURKE STREET BAKERY LLC,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 7510 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **November 28, 2023**, Plaintiff shall file proof of service of the Summons and Complaint. See Fed. R. Civ. P. (4)(l)(1) ("Unless service is waived, proof of service must be made to the court.").

Dated:      New York, New York
               November 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**