UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARADISE MORGAN, individually and as the representative of a class of similarly situated persons,

        Plaintiff,

-v-

BOURKE STREET BAKERY LLC,

        Defendant.

CIVIL ACTION NO. 23 Civ. 7510 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 22, 2024, by **May 6, 2024**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Paul A. Engelmayer or (ii) a joint letter reporting on the status of finalizing their settlement agreement.

Dated:    New York, New York
           March 22, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge